K Marie
6211 W Shaw Butte Drive
Glendale, AZ 85304
757-645-7009

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| K Marie,<br><br>                Plaintiff,<br><br>v.<br><br>State of Arizona, Department of Economic Services,<br><br><br><br><br><br>                Defendant. | CASE NUMBER:<br><br>CV-17-3167-PHX-DJH<br><br><br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to Violation of the Americans With Disabilities Act 1990 (42 U.S.C. & 12101). §§ .  The plaintiff is a resident of Glendale, Maricopa County, Arizona and a citizen of the United States.  The defendant, State of Arizona, Department of Economic Services, is a resident of Phoenix, Arizona and a citizen of the United States.  The cause of action arose in the Phoenix division.

1

## Complaint

The State of Arizona has failed to respond to a Notice of Claim. They opened case number G201720535 on June 29, 2017 and fail to respond at the 60 day deadline.

DES and underlying agencies have knowingly and continually violated the Americans With Disabilities Act of 1990 (42 U.S.C. § 12101) to present.

Reasonable and lawful accommodation requested by the plaintiff has not and continues not to be provided.

## Demand

The court order the State of Arizona to comply with the ADA and pay the plaintiff monetary damages.. **Damages: $15,000,000.00.** Plaintiff is seeking the following: $10 million in punitive damages, $5 million compensation for pain and suffering.(Financial figures are based on allowing more than a reasonable amount of time for the accommodations to be made, then $1 million in punitive damages per every 120 days accommodations were not met, $500,000 for pain and suffering and using the same timetable.). The Plaintiff wants a trial by jury.

Dated: 9.14.17

Signature of Pro Se Plaintiff
K Marie
6211 W Shaw Butte Drive
Glendale, AZ 85304
757-645-7009